No. 300. B. ZAVELO, PLAINTIFF IN ERROR, *v.* LEICHTMAN, GOODMAN & COMPANY. In error to the Supreme Court of the State of Alabama. Motion to dismiss or affirm submitted December 16, 1912. Decided December 23, 1912. *Per Curiam :* Dismissed for the want of jurisdiction. *Chappell Chemical & Fertilizer Co.* v. *Sulphur Mines Co.*, 172 U. S. 465, and cases cited. *Mr. Oscar R. Hundley* for the plaintiff in error. *Mr. Samuel A. Putman* for the defendants in error.

---

No. 98. JOHN MEDLEY, PLAINTIFF IN ERROR, *v.* THE STATE OF WEST VIRGINIA. In error to the Supreme Court of Appeals of the State of West Virginia. Submitted December 16, 1912. Decided January 6, 1913. *Per Curiam :* Dismissed for the want of jurisdiction on the authority of *Spies* v. *Illinois*, 123 U. S. 131, 181; and *Seaboard Air Line Railway Co.* v. *Duvall,* 225 U. S. 477, 485–486, and cases cited. *Mr. Joseph M. Sanders* for the plaintiff in error. *Mr. William G. Conley* for the defendant in error.